**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SAMMY DODD, JR.                                                                                          PLAINTIFF

V.                                      NO. 3:05CV00175-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                             DEFENDANT

**JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 22nd day of September, 2006.

                                                            /s/ John F. Forster, Jr.
                                      UNITED STATES MAGISTRATE JUDGE